W. A. COOK v. THE STATE.

No. 7377.    Decided January 31, 1923.

**Malicious Mischief—Appeal Bond—Punishment.**

Where the appeal bond failed to state the punishment, from a conviction for the offense of unlawfully killing a hog, this court has no jurisdiction and the appeal will be dismissed.

Appeal from the County Court of Trinity. Tried below before the Honorable Fred J. Berry.

Appeal from a conviction of unlawfully killing a hog; penalty, a fine of $10.

The opinion states the case.

93 T. C.—22

*W. A. Cook,* for appellant.

*R. G. Storey,* Assistant Attorney General, for the State.

MORROW, Presiding Judge.—The conviction is for the offense of unlawfully killing a hog; punishment fixed at a fine of ten dollars.

The appeal bond is not in such form as to give jurisdiction to the merits of the case. It fails to state the punishment. See Penal Code, Art. 919; also Branch's Ann. Tex. Penal Code, Sec. 615.

The State's motion to dismiss the appeal must be sustained. It may be reinstated upon the filing of the proper bond in accordance with the statute.

*Dismissed.*